IN THE SUPREME COURT OF TEXAS

 No. 08-0584

 IN RE MACY'S TEXAS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed July 24, 2008, is
granted. All trial court proceedings, in Cause No. 2007-C118427, styled
Erica Tomsic v. Macy's Texas, Inc., in the 150th District Court of Bexar
County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 10, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk